UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 17 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KELLY ANN CHAKOV MCDOUGALL, an individual and as trustee; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>COUNTY OF VENTURA; et al.,<br><br>        Defendants - Appellees. | No. 23-55754<br><br>D.C. No. 2:20-cv-02927-CBM-AS<br>U.S. District Court for Central California, Los Angeles<br><br>**ORDER**<br><br>**(DIAL-IN CONFERENCE)** |

A dial-in telephone conference will be held on November 29, 2023, at 10:00 a.m. **Pacific Time.**

Each participant will receive an email with dial-in information.

Please notify the Mediation Office at mediation@ca9.uscourts.gov if counsel does not receive an email or if additional participants should be added.

                                         FOR THE COURT:

                                         Sasha M. Cummings
cl/mediation                               Circuit Mediator