**FILED**

NOV 29 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KELLY ANN CHAKOV MCDOUGALL, an individual and as trustee; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> COUNTY OF VENTURA; et al., <br><br> Defendants - Appellees. | No. 23-55754 <br><br> D.C. No. 2:20-cv-02927-CBM-AS <br> U.S. District Court for Central California, Los Angeles <br><br> **ORDER** <br><br> **(DIAL-IN CONFERENCE)** |

A dial-in telephone conference will be held on January 10, 2024, at 11:00 a.m. **Pacific Time.**

Each participant will receive an email with dial-in information.

The briefing schedule previously set by the court is amended as follows: appellants' opening brief is due February 15, 2024; appellees' answering brief is due March 18, 2024; and appellants' optional reply brief is due within 21 days after service of the answering brief. *See* 9th Cir. R. 3-3(b).

FOR THE COURT:

Sasha M. Cummings
Circuit Mediator

cl/mediation