UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 10 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KELLY ANN CHAKOV MCDOUGALL, an individual and as trustee; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>COUNTY OF VENTURA; et al.,<br><br>        Defendants - Appellees. | No. 23-55754<br><br>D.C. No. 2:20-cv-02927-CBM-AS<br>U.S. District Court for Central California, Los Angeles<br><br>**ORDER** |

By February 21, 2024, appellants shall file either a motion or a stipulation to dismiss this matter pursuant to Fed. R. App. P. 42(b), or shall contact the Circuit Mediator.

The briefing schedule previously set by the court is vacated.

FOR THE COURT:

Sasha M. Cummings
Circuit Mediator

cl/mediation