UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| Kelly McDougall, et al <br><br> Plaintiff - Appellant, <br><br> v. <br><br> County of Ventura, et al <br><br> Defendant - Appellee. | 9th Cir. No. 23-55754 <br><br> STIPULATED MOTION TO VOLUNTARILY DISMISS APPEAL |

Pursuant to Federal Rule of Appellate Procedure 42(b), all parties hereby move the Court for an order dismissing the above-captioned appeal.

The parties have agreed that each side shall bear its own costs and fees on appeal.

Dated: 01/25/2024

*/s/ Rondu Bold-K*
Attorney for Appellant

*/s/ Chris Rensh*
Attorney for Appellee