

**FILED**

JAN 31 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KELLY ANN CHAKOV MCDOUGALL, an individual and as trustee; et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> COUNTY OF VENTURA; et al., <br><br> Defendants-Appellees. | No. 23-55754 <br><br> D.C. No. 2:20-cv-02927-CBM-AS Central District of California, Los Angeles <br><br> ORDER |

Pursuant to the stipulation of the parties (Docket Entry No. 10), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Sasha M. Cummings
Circuit Mediator

Mediation